UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
BRIAN OLSON and GEORGE RUIZ,           )
                                Plaintiffs,  )
          v.                                                  )
                                       )
TESORO REFINING AND MARKETING      )
COMPANY,                                                    )
                                Defendant.  )
_____)

No. C06-1311RSL

ORDER REQUIRING MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT

This matter comes before the Court *sua sponte*. On October 8, 2008, the Court was notified that the above-captioned matter had settled and that the parties would file a motion seeking the Court's approval of the terms. See Dkt. # 71. The parties have filed nothing since then. The delay in this case has been protracted and unexplained: all case management deadlines, including the trial date, have now passed.

Accordingly, the parties are hereby ORDERED to file a motion for preliminary approval of the settlement by April 3, 2009. If the parties no longer agree on the proposed settlement terms, they must submit a joint status report in lieu of the motion for preliminary approval. The joint status report shall propose a new trial date so that the Court can issue an amended case schedule and move this case toward resolution. The Clerk of Court shall note this Order on the Court's calendar for April 3, 2009.

ORDER REQUIRING MOTION FOR PRELIMINARY
APPROVAL OF SETTLEMENT

1         Dated this 5th day of March, 2009.

2

3                         */s/ Robert S. Lasnik*
                        Robert S. Lasnik

4                         United States District Judge

ORDER REQUIRING MOTION FOR PRELIMINARY
APPROVAL OF SETTLEMENT         -2-